UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-305 (1)

FILED IN OPEN COURT
ON 8-6-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) **INDICTMENT**
)
BRYAN ALLEN )

The Grand Jury charges:

## COUNT ONE

Beginning in or about December 2016, and continuing to on or about June 20, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, BRYAN ALLEN, did conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 641, by willfully and knowingly embezzling, stealing, purloining and knowingly converting to his own use property of the United States, that is, various articles belonging to the United States military, of a value exceeding $1,000.00.

### PURPOSE OF THE CONSPIRACY

It was the purpose of the conspiracy for the defendant, BRYAN ALLEN, to unlawfully enrich himself, by among other things, stealing equipment belonging to the United States military and selling the stolen equipment for profit.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the object thereof, at least one of the following overt acts, among others, were committed by the defendant, BRYAN ALLEN, in the Eastern District of North Carolina, between 2016 and 2018:

1. The defendant, using his position as property book officer for the 4th Battalion, 3rd Special Forces Group, on Ft. Bragg, decreased the asset inventory, to include sensitive item(s), by use of an improper computer code. This code removed the listed items from the inventory, allowing the items then to be taken from the supply room or elsewhere without throwing off the inventory checks and balances.

2. The defendant, also using his position as property book officer for the 4th Battalion, 3rd Special Forces Group, on Ft. Bragg, at times in 2016 through 2018, explained the decrease in asset as a transfer of the item(s) to another unit within the Army. On these occasions, defendant forged or had forged the signature of real persons on the justification of the removal of the items from the originating unit, and to act as a receipt for that unit.

3. The defendant sold various of these items stolen from Ft. Bragg.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

Beginning in or about December 2016, and continuing to on or about June 20, 2018, in the Eastern District of North Carolina and elsewhere, the defendant,

BRYAN ALLEN, did willfully and knowingly embezzle, purloin, and steal property of the United States, that is, various articles belonging to the United States military, of a value exceeding $1,000.00, with intent to convert said property to his own use, in violation of Title 18, United States Code, Section 641.

## COUNT THREE

On or about December 16, 2016, in the Eastern District of North Carolina, the defendant, BRYAN ALLEN, did knowingly use, without lawful authority, a means of identification of another person, "R.C.," during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit theft of government property in violation of 18 U.S.C. § 641, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR

On or about May 11, 2017, in the Eastern District of North Carolina, the defendant, BRYAN ALLEN, did knowingly use, without lawful authority, a means of identification of another person, "J.O.," during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit theft of government property in violation of 18 U.S.C. § 641, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 981(a)(1)(C) (as made applicable by Title 18, United States Code, Section 2461(c)), that all the defendant's interest in the property specified herein is subject to forfeiture.

As a result of the foregoing offenses in Counts One and Two of the indictment, the defendant shall forfeit to the United States any and all property, real or personal, constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the said offenses. The property includes, but is not limited to, the gross proceeds personally obtained by the defendant from theft of U.S. military property valued at $2,260,761.51.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty --

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853 (p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

8-6-19
DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Barbara D. Koch*
BY: BARBARA D. KOCHER
Assistant United States Attorney