

**U. S. Department of Justice**

***Robert J. Higdon, Jr.***
*United States Attorney*
*Eastern District of North Carolina*

*United States Attorney's Office*  *Telephone (919) 856-4530*
*150 Fayetteville St.*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601*  *www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:     August 6, 2019

TO:       Clerk's Office
          United States District Court
          Raleigh, North Carolina

FROM:     Barbara D. Kocher
          Assistant United States Attorney
          Criminal Division

SUBJECT:  United States v. Bryan Allen
          Docket No. 5:19-CR-305-1      - Western Division

The above-named case is being presented for Indictment on August 6, 2019. The Indictment charges the Defendant with conspiracy to commit offense or defraud U.S., theft/possession of U.S. property, and aggravated identity theft.

A previously filed indictment, United States v. Scott Douglas Browning, Docket No. 5:18-CR-00036-BO, and a previously filed criminal complaint, United States v. Victor Manuel Cortijo, Docket No. 5:19-MJ-1836, arose out of the same conduct and conspiracy. There are additional targets which will be charged under the same investigation as well. Substantial duplication of labor would be required if these cases were heard by different judges. See EDNC Local Criminal Rule 50.1(b).

Reviewed and approved by:

ROBERT J. HIGDON, JR.
United States Attorney