IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00305-BO

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | **MOTION FOR ISSUANCE OF** |
| v. | : | **ORDER OF FORFEITURE** |
| | : | |
| BRYAN ALLEN | : | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, requests that the Court issue an order of forfeiture in the above criminal action pursuant to Fed. R. Crim. P. 32.2. In support of this motion, the Government shows unto the Court the following:

1. On August 6, 2019 the defendant was charged in a Criminal Indictment with offenses in violation of 18 U.S.C. §§ 641 and 1028A(a)(1).

2. On January 8, 2020, the defendant entered into a Plea Agreement as to Counts Two and Three of the Criminal Indictment, and agreed to forfeit certain property, to wit: $60,000.00, which represents proceeds that the defendant personally obtained directly or indirectly as a result of the said offenses, and for which the United States may forfeit substitute assets pursuant to 21 U.S.C. § 853(p).

3. The Court's jurisdiction in this matter is founded upon 18 U.S.C. § 981(a)(1)(C), as made applicable to this criminal proceeding by virtue of 28 U.S.C. § 2461(c).

1

4. Pursuant to the Plea Agreement, and the defendant's guilty plea, the government requests that the Court enter an order forfeiting the amount $60,000.00 as representing the gross proceeds of the offenses personally obtained by the defendant, while retaining jurisdiction over this matter for the purpose of amending the Order of Forfeiture to include any subsequently located substitute assets pursuant to 21 U.S.C. § 853(p).

5. In accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as there is no specific property to be forfeited.

WHEREFORE, based on the foregoing, the Court is requested to order, pursuant to 18 U.S.C. § 981(a)(1)(C), that the proceeds of the criminal violation, $60,000.00, be forfeited to the United States, and to retain jurisdiction over this matter for the purpose of amending the Order of Forfeiture to include any subsequently located substitute assets.

Respectfully submitted this 17th day of March, 2020.

                      ROBERT J. HIGDON, JR.
                      United States Attorney

                      BY: /s/ Matthew L. Fesak
                          MATTHEW L. FESAK
                      Assistant United States Attorney
                      Civil Division
                      150 Fayetteville Street, Suite 2100
                      Raleigh, NC 27601
                      Telephone: (919) 856-4530
                      Facsimile: (919) 856-4821
                      E-mail: matthew.fesak@usdoj.gov
                      NC State Bar #35276
                      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that I have on this 17th day of March, 2020, served a copy of the foregoing Motion for Issuance of Order of Forfeiture upon counsel electronically via ECF:

Kelly Margolis Dagger
Email: Kelly.dagger@elliswinters.com

Paul K. Sun, Jr.
Email: paul_sun@elliswinters.com

ROBERT J. HIGDON, JR.
United States Attorney


BY: /s/ Matthew L. Fesak
     MATTHEW L. FESAK
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: matthew.fesak@usdoj.gov
NC State Bar #35276
Attorney for Plaintiff

4