IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:19-CR-305-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | **DEFENDANT'S MOTION** |
| v. | ) | **TO EXTEND TIME TO REPORT** |
| | ) | **BUREAU OF PRISONS** |
| | ) | |
| BRYAN CRAIG ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Bryan Craig Allen, through counsel, hereby moves for an extension of time to report to the Bureau of Prisons. In support of this motion, Mr. Allen respectfully shows the Court the following:

1. Mr. Allen pleaded guilty to one count of theft of government property in violation of 18 U.S.C. § 641 (Count 2), and one count of aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) (Count 3). (DE 29). On 23 July 2020, the Court sentenced Mr. Allen to a term of imprisonment of one month on Count 2, and a mandatory minimum consecutive term of two years on Count 3. (DE 43). The Court further ordered that Mr. Allen, who is not in custody, surrender to the Bureau of Prisons voluntarily. (DE 45). The Court initially directed Mr. Allen to surrender not later than 20 November 2020. (*Id.*). On Mr.

Allen's previous unopposed motions, the Court extended the deadline for Mr. Allen to report to the Bureau of Prisons to 22 March 2021.  (DE 52, 55).

2.	Mr. Allen is an active member of the United States Army.  In August 2020, Mr. Allen participated in a hearing and was informed that he would receive other than honorable discharge from the Army.  Mr. Allen filed two prior motions for an extension of his report date, from 20 November 2020 to 19 January 2021, and from 19 January 2021 to 22 March 2021, because he had not yet received separation orders from the Army.  As of the date of filing this motion, Mr. Allen has completed the medical examinations necessary to the separation process, but he has not yet been informed of his separation date.  Mr. Allen understands that documentation regarding his separation is continuing to be processed by the United States Army Human Resources Command, and that he will receive separation orders when Human Resources Command completes its process.  Although Mr. Allen has not received a separation date, he is making final preparations with his family to report to the Bureau of Prisons.  Mr. Allen respectfully requests that the Court extend the report date by an additional seven days, from 22 March 2021 until 29 March 2021, to allow additional time for Mr. Allen to prepare to self-report despite not having received his separation order.

3. Mr. Allen has complied with all release conditions throughout the pendency of this case, and will continue to comply with his conditions.

4. Counsel for Mr. Allen has conferred with counsel for the United States, and the United States opposes the extension sought by this motion.

For the reasons stated above, Mr. Allen respectfully requests that the Court grant this motion and extend the time for him to report to the Bureau of Prisons up to and including 29 March 2021.

This the 17th day of March, 2021.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Paul K. Sun, Jr.
N.C. State Bar No. 16847
Kelly Margolis Dagger
N.C. State Bar No. 44329
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Telecopy: (919) 865-7010
Electronic Mail:
paul.sun@elliswinters.com
kelly.dagger@elliswinters.com

*Counsel for Defendant Bryan Allen*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the clerk of court using the CM/ECF system, which will send notice of such filing to all CM/ECF users who have made an appearance in this case.

This the 17th day of March, 2021.

        ELLIS & WINTERS LLP

        /s/ Kelly Margolis Dagger
        Kelly Margolis Dagger

        *Counsel for Defendant Bryan Allen*