IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:19-CR-305-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **ORDER GRANTING** |
| | ) **DEFENDANT'S MOTION TO** |
| v. | ) **EXTEND TIME TO REPORT** |
| | ) **TO BUREAU OF PRISONS** |
| | ) |
| BRYAN CRAIG ALLEN, | ) |
| | ) |
| Defendant. | ) |

This matter comes before the Court on the motion of Defendant Bryan Craig Allen for an extension of time to report to the Bureau of Prisons to serve the sentence imposed by the Court's judgment dated 23 July 2020 (DE 43), up to and including 29 March 2021. The United States opposes the motion. For good cause shown, the motion is GRANTED. The Court hereby modifies its surrender order entered 28 July 2020 (DE 45) as follows:

Mr. Allen shall report to the institution designated by the Bureau of Prisons no later than 29 March 2021. All other terms of the order shall remain in effect.

This the 22 day of March, 2021.

TERRENCE W. BOYLE
United States District Judge